# United States Court of Appeals
## For the First Circuit

No. 17-1325

United States of America,

Appellee,

v.

Neil Sweeney,

Defendant-Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 11, 2018, is amended as follows:

On page 23, line 10, "204 months" is replaced with "204 months'"